Kimberly WHITE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52754.

Missouri Court of Appeals,
Western District.

Dec. 17, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and LAURA DENVIR STITH and HOWARD, JJ.

### ORDER

PER CURIAM:

Appellant Kimberly White appeals the trial court's denial of her Rule 24.035 motion for post-conviction relief claiming that her attorney was ineffective for failing to explain that she would be required to serve a minimum of three years for armed criminal action before becoming eligible for parole.

We have reviewed the briefs of the parties and the record on appeal and find no reversible error. Because a published opinion would have no precedential value, we affirm by this summary order, and have furnished the parties with a memorandum setting forth our reasoning.

Judgment affirmed. Rule 84.16(b).

In the Interest of M.A.D. & M.R.D.

A.D. (Natural Mother), Appellant,

v.

Cathryn SMITH, Juvenile
Officer, Respondent.

No. WD 51711.

Missouri Court of Appeals,
Western District.

Submitted Aug. 30, 1996.

Decided Dec. 17, 1996.

R. Christine Stallings, Bethany, for appellant.

James G. Spencer, Milan, William S. Lewis, Trenton, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

A.D., the natural mother of M.A.D. and M.R.D., appeals the judgment of the trial court terminating her parental rights to the two minor children.

The judgment is affirmed. The decision is without precedential value. A memorandum as to the basis of the decision has been furnished to the parties. Rule 84.16(b).